UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY ALLEN MYERS,

        Plaintiff,

v.

TROY BACON, et al.,

        Defendant.

CASE NO. C19-1169 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, plaintiff's Objections, and the remaining record, agrees with Judge Tsuchida's analysis and does hereby ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This matter is DISMISSED without prejudice for failure to state a claim.

(3)     The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 18th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1